UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

----------------------------------------------------------------------X
:
TOMMIE F. GRAVES :
:
        Plaintiff, :
:
  vs. : CIVIL ACTION NO:
: 4:15-cv-00252-WTM-GRS
CVS RX SERVICES, INC., :
:
        Defendant. :
:
----------------------------------------------------------------------X

## ORDER ON JOINT MOTION TO STAY DISCOVERY

This action is before the Court on the parties' joint motion to stay discovery pending their signing of a settlement agreement. For good cause shown, the motion is GRANTED. Discovery in this action is stayed for a period of forty-five days.

3/28/16.

                                                          _____
                                                  UNITED STATES MAGISTRATE JUDGE